United States District Court
Southern District of Texas
**ENTERED**
February 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DELYNN POTTER | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-18-2831 |
| JPMORGAN CHASE BANK, N.A., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Because the Court has dismissed all claims asserted in this lawsuit by Plaintiff Delynn Potter, the Court hereby

**ORDERS** that Plaintiff's case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this _15_ day of February, 2019.

DAVID HITTNER
United States District Judge